MDR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ngo Van Quan,<br><br>                              Petitioner,<br><br>v.<br><br>Estepa, et al.,<br><br>                              Respondents. | No. CV-25-02407-PHX-DJH (JFM)<br><br>**ORDER** |

Self-represented Petitioner Ngo Van Quan, who is confined in the Central Arizona Florence Correctional Complex, filed a Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus and a Motion for Appointment of Counsel (Doc. 2).  Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed In Forma Pauperis.  The Court will deny without prejudice the Motion for Appointment of Counsel and will give Petitioner an opportunity to either pay the filing fee or file an Application to Proceed In Forma Pauperis.

**I.      Failure to Pay Filing Fee**

Rule 3.5(c) of the Local Rules of Civil Procedure requires that "[i]f a habeas corpus petitioner desires to prosecute the petition in forma pauperis, the petitioner shall file an application to proceed in forma pauperis on a form approved by the Court, accompanied by a certification of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit."  Rule 3.5(c) also requires payment of the $5.00 filing fee if a petitioner has in excess of $25.00 in his inmate account.

**JDDL**

1    Because Petitioner has not paid the $5.00 filing fee or filed an Application to
2    Proceed In Forma Pauperis, the Court will give Petitioner 30 days from the date this Order
3    is filed to either pay the $5.00 filing fee or file a complete Application to Proceed In Forma
4    Pauperis using the form included with this Order.

5    **II.    Motion for Appointment of Counsel**

6    Petitioner seeks the appointment of counsel under 18 U.S.C. § 3006A.  Petitioner
7    alleges he has "a strong chance of success on the merits" but given the "complexity of the
8    law on immigration detention and Petitioner's status as a detained immigrant," he would
9    have "great difficulty presenting the case without the assistance of counsel."

10    To appoint counsel under § 3006A(a)(2)(B), the Court must determine whether the
11    "interests of justice" require the appointment of counsel. *Terrovona v. Kincheloe*, 912 F.2d
12    1176, 1181 (9th Cir. 1990) (quoting § 3006A(a)(2)(B)).  This determination is guided by
13    an assessment of the likelihood of success on the merits and movant's ability to articulate
14    his claims in light of the complexity of the legal issues. *Weygandt v. Look*, 718 F.2d 952,
15    954 (9th Cir. 1983).  Petitioner, who appears capable of articulating his claims, has not
16    made the necessary showing for appointment of counsel at this time.  Therefore, the Court
17    will deny without prejudice his Motion for Appointment of Counsel.

18    **III.    Warnings**

19    **A.    Address Changes**

20    Petitioner must file and serve a notice of a change of address in accordance with
21    Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion
22    for other relief with a notice of change of address.  Failure to comply may result in dismissal
23    of this action.

24    **B.    Possible Dismissal**

25    If Petitioner fails to timely comply with every provision of this Order, including
26    these warnings, the Court may dismiss this action without further notice. *See Ferdik v.*
27    *Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action
28    for failure to comply with any order of the Court).

JDDL

1   **IT IS ORDERED:**

2       (1)    Within 30 days of the date this Order is filed, Petitioner must either pay the

3   $5.00 filing fee **or** file a complete Application to Proceed In Forma Pauperis.

4       (2)    If Petitioner fails to either pay the $5.00 filing fee or file a complete

5   Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a

6   judgment of dismissal of this action without prejudice and without further notice to

7   Petitioner and deny any pending unrelated motions as moot.

8       (3)    Petitioner's Motion for Appointment of Counsel (Doc. 2) is **denied without**

9   **prejudice**.

10      (4)    The Clerk of Court must mail Petitioner a court-approved form for filing an

11  Application to Proceed In Forma Pauperis (Habeas).

12      Dated this 29th day of July, 2025.

13

14

15  Honorable Diane J. Humetewa
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

**JDDL**

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____ ,

Petitioner,

v.

_____ ,

Respondent(s).

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
(HABEAS)**

I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?    ☐Yes    ☐No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

Revised 3/15/16

1

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☐Yes      ☐No
If "Yes," state the sources and amounts of the income, savings, or assets.   _____

_____

_____

I declare under penalty of perjury that the above information is true and correct.

_____          _____

            DATE                                        SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____ , certify that as of the date applicant signed this application:
            (Printed name of official)

The applicant's trust account balance at this institution is:   $_____.

_____

DATE          AUTHORIZED SIGNATURE        TITLE/ID NUMBER        INSTITUTION