# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Ngo Van Quan,
Plaintiff
-vs-
Unknown Estepa, et al.,
Defendants.

CV-25-2407-PHX-DJH (JFM)

**Order**

On July 10, 2025, Petitioner filed a Petition for Writ of Habeas Corpus (Doc. 1) challenging his detention pending execution of his final order of removal. Respondents filed and served their Response (Doc. 14) to the Petition on October 9, 2025. Petitioner's reply was due 30 days later, *i.e.* on November 13, 2025. To date, Petitioner has not replied.

In preparation for taking the matter up, the Court has consulted the U.S. Immigration and Customs Enforcement Online Detainee Locator System utilizing Petitioner's A-Number and birth country of Vietnam, in an attempt to confirm whether Petitioner would have timely received the Response. That system reports no matching detainee, creating the impression that Petitioner has either been removed or released.

The Court also observes that the Clerk has identified Petitioner's surname as "Quan." This matches the name listed in the Petition, Ngo Van Quan. (Doc. 1 at 1.) However, the supplement attached to the Petition (Doc. 1 at 9) and the ICE officer's Declaration attached to Respondents' Response (Doc 14-1 at 1) indicate that Petitioner's actual name is Van Quan Ngo, with his surname being Ngo. A clarification will be required.

Finally, the Court observes that the only record submitted by Respondents to support their Response is a purported Declaration (Doc. 14-1). That Declaration appears unsigned.

- 1 -

**IT IS THEREFORE ORDERED:**

(A) Within ten days of the filing of this Order, Petitioner and Respondents must file separate Notices of Status, advising the Court of: (1) the current status and location of Petitioner's detention; and (2) Petitioner's true first name, middle name, and last name.

(B) Respondents have ten days from the filing of this Order to file a supplement to their Response, providing a signed copy of the Declaration submitted in support of their Response (Doc. 14).

Dated: December 1, 2025

25-2407o Order 25 11 21 re Status Report.docx

James F. Metcalf
United States Magistrate Judge