IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ngo Van Quan, | No. CV-25-02407-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Estepa, et al., | |
| Respondents. | |

Before the Court is the Report and Recommendation ("R&R") from United States Magistrate Judge James F. Metcalf (Doc. 21) recommending that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be dismissed without prejudice. Having reviewed the R&R and there being no objections thereto,

**IT IS ORDERED** that the R&R (Doc. 21) is **adopted** as the Order of this Court. Petitioner's Petition shall be **dismissed without prejudice** for failure to prosecute. Judgment shall be entered accordingly and this case shall be closed.

Dated this 3rd day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge